UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


KAMLESH B. AGRAWAL,
D.O.C. # C05100,

      Petitioner,

v.                                              4:21cv346–WS/MAF

ALEJANDRO MAYORKAS,
et al.,

      Respondents.

_____

ORDER DISMISSING PETITIONER'S PETITION
FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's amended report and

recommendation (ECF No. 10) docketed September 17, 2021. The magistrate

judge recommends that Petitioner's § 2241 petition for writ of habeas corpus be

dismissed for lack of jurisdiction. No objections to the report and recommendation

have been filed.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's amended report and recommendation (ECF No. 10)

is adopted and incorporated by reference in this order of the court.

2. Petitioner's petition for writ of habeas corpus (ECF No. 1) is DISMISSED for lack of subject matter jurisdiction.

3. The clerk shall enter judgment stating: "Petitioner's § 2241 petition for writ of habeas corpus is DISMISSED."

4. The clerk shall close the case.

DONE AND ORDERED this ___27th___ day of ___October___, 2021.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE